IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Jeffrey Macdonald; Tammy Macdonald**, <br><br> *Plaintiffs*, <br><br> v. <br><br> **Servis One, Inc. d.b.a. BSI Financial Services; Statebridge Company, LLC; Trans Union LLC**, <br><br> *Defendants.* | No. 1:21-cv-6070 <br><br> Hon. Charles P. Kocoras <br><br> Magistrate Judge: <br> Hon. Jeffrey T. Gilbert |

**STIPULATION OF DISMISSAL
OF PLAINTIFF JEFFREY MACDONALD'S CLAIMS AGAINST STATEBRIDGE
UNDER RULE 41(a)(2)**

Plaintiff Jeffrey MacDonald and Defendant Statebridge Company, LLC, having entered into a confidential settlement agreement, hereby stipulate and request that this Court enter an order dismissing Plaintiff Jeffrey MacDonald's claims against Statebridge Company, LLC, with prejudice, with the parties to bear their own costs and attorneys' fees. Plaintiffs' claims against Trans Union LLC and Plaintiff Tammy MacDonald's claims against Servis One, Inc. d.b.a. BSI Financial Services remain pending.

Respectfully Submitted,

| For Plaintiffs Jeffrey and Tammy MacDonald: | For Defendant Servis One, Inc. d.b.a. BSI Financial Services ("BSI"): |
|---|---|
| *s/ Steven J. Uhrich* | *s/ Ernest P. Wagner* |
| | Maurice Wutscher LLP |
| Steven J. Uhrich (6310369) | The Loop Center Building |
| Uhrich Law, P.C. | 105 W. Madison Street, Suite 603 |
| 1010 Lake Street, Suite 200 | Chicago, Illinois 60602 |
| Oak Park, IL 60301 | Mobile: (312) 730-6803 |
| p: 773-969-6337 | Fax: (312) 284-4751 |
| f: 773-496-6968 | ewagner@mauricewutscher.com |
| steven@uhrichlawpc.com | |

Stephanie R. Tatar (Lead Trial Attorney)
Tatar Law Firm, APC
3333 Warrenville Road, Suite 200
Lisle, IL 60532
p:312-423-4994

**For Defendant Statebridge Company, LLC ("Statebridge"):**

*s/ Chris Iaria*
Diaz Anselmo & Associates P.A.
1771 W Diehl Rd., Ste. 120
Naperville, IL 60563
Phone (630) 453-6829
Fax (630) 428-4620
ciaria@dallegal.com

**For Defendant Trans Union LLC ("Trans Union"):**

*s/ Evan R. Rutter, Esq.*
SCHUCKIT & ASSOCIATES, P.C.
4545 Northwestern Drive
Zionsville, Indiana 46077
Telephone: (317) 363-2400, Ext. 113
Facsimile: (317) 363-2257
E-mail: erutter@schuckitlaw.com