## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

| | |
|---|---|
| JEFFREY MACDONALD and<br>TAMMY MACDONALD,<br>       Plaintiffs,<br><br>   v.<br><br>SERVIS ONE, INC. d/b/a BSI<br>FINANCIAL SERVICES;<br>STATEBRIDGE COMPANY, LLC;<br>and TRANS UNION LLC;<br>       Defendants. | CASE NO. 1:21-cv-06070<br><br>Judge Jeffrey I. Cummings |

### NOTICE OF WITHDRAWAL/SUBSTITUTION OF COUNSEL

Defendant Trans Union, LLC, pursuant to Local Rule 83.17, hereby notifies the Court that the appearance of Evan R. Rutter, Esq. shall be withdrawn and Scott E. Brady, Esq. shall be counsel for Defendant. Mr. Brady has appeared in this matter. Both counsel are of the same firm.

Respectfully submitted,

*/s/ Scott E. Brady*
Scott E. Brady, Esq. (IL #3053449)
Quilling, Selander, Lownds, Winslett
 & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone: (317) 497-5600, Ext. 602
Fax: (317) 899-9348
E-Mail: sbrady@qslwm.com

*Lead Counsel for Defendant Trans Union, LLC*

Laura K. Rang, Esq. (IL #2623849)
TransUnion, LLC
555 West Adams Street
Chicago, IL  60661
Phone:  (312) 213-9858
Fax:  (312) 466-7986
E-Mail:  laura.rang@transunion.com

*Local Counsel for Defendant Trans Union, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **26th day of January, 2024**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Stephanie R. Tatar, Esq. <br> stephanie@thetatarlawfirm.com | Michael Crowe, Esq. <br> mcrowe@dallegal.com |
|---|---|
| Chris Iaria, Esq. <br> ciaria@dallegal.com | Ernest P. Wagner, Esq. <br> ewagner@mauricewutscher.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **26th day of January, 2024** properly addressed as follows:

| None. | |
|---|---|

 */s/ Scott E. Brady*
Scott E. Brady, Esq. (IL #3053449)
Quilling, Selander, Lownds, Winslett
 & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone: (317) 497-5600, Ext. 602
Fax: (317) 899-9348
E-Mail: sbrady@qslwm.com

*Lead Counsel for Defendant Trans Union, LLC*