IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Jeffrey MacDonald, Tammy MacDonald,<br>*Plaintiffs*,<br><br>v.<br><br>Servis One, Inc. d.b.a. BSI Financial Services;<br>Statebridge Company, LLC; Trans Union LLC,<br>*Defendants.* | CASE NO. 1:21-cv-6070<br><br>Hon. April M. Perry |

## INITIAL STATUS REPORT FOR REASSIGNED CASE

The parties conferred on March 7, 2025, and jointly submit the following status report:

**I.      Nature of the Case**

A.      The attorneys of record for each party:

| **For Plaintiffs Jeffrey and Tammy MacDonald:** | **For Defendant Servis One, Inc. d.b.a. BSI Financial Services ("BSI"):** |
|---|---|
| Stephanie R. Tatar<br>Tatar Law Firm, APC<br>3333 Warrenville Road, Suite 200<br>Lisle, IL 60532<br>p:312-423-4994<br>stephanie@thetatarlawfirm.com | Ernest P. Wagner<br>Hill Wallack LLP<br>231 South LaSalle Street, Suite 2100<br>Chicago, IL 60604<br>P: 609-734-6344<br>ewagner@hillwallack.com |

B.      Federal Jurisdiction: This court has jurisdiction under 28 U.S.C. §1331 because Plaintiff's claim is brought pursuant to the Fair Credit Reporting Act, 15 U.S.C. §1681.

C.      The nature and basis of the claims: Plaintiff Tammy MacDonald maintains a claim against Defendant Servis One, Inc. d/b/a BSI Financial Services under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. 1681 *et seq*. Plaintiff asserts a claim against Defendant BSI, under § 1681s-2(b) for BSI's failure to conduct a reasonable investigation into Plaintiff's dispute regarding BSI's inaccurate credit reporting of a mortgage account.

D. Relief sought: Plaintiff seeks actual damages related to her inability to obtain a loan due to the inaccurate credit reporting, emotional distress, statutory damages and punitive damages.

E. All parties have been served. The only remaining defendant is Servis One, Inc.

## II. Discovery and Pending Motions

A. There are no pending motions.

B. Discovery is complete.

C. The parties have completed written discovery, depositions of the parties and percipient witnesses have taken place, and Plaintiff's expert witness was deposed.

D. The parties have completed discovery.

E. Defendant's motion to dismiss was denied on May 24, 2022, Docket Number 41. The court held that Plaintiff sufficiently plead that BSI violated the Fair Credit Reporting Act, 15 U.S.C. §1681s2-b. Defendant's Motion for Summary Judgment was denied by this Court on February 20, 2025, Docket Number 122. Defendant is evaluating the Court's February 20, 2025 Order and may bring a Motion as to one issue raised in the Order.

F. Both parties anticipate filing Motions in Limine. No other motions are anticipated or pending.

## III. Trial

A. Plaintiff demanded a jury trial.

B. A trial date has not been set.

C. The parties have not filed a final pretrial order. There is currently no deadline for filing the pretrial order.

D. The parties anticipate 4 days of testimony.

## IV. Settlement, Referrals, and Consent

  A. Plaintiff and Defendant have engaged in settlement discussions and have participated in a settlement conference.

  B. N/A

  C. Plaintiff and Defendant are amenable to a settlement conference with the Magistrate Judge.

  D. Plaintiff and Defendant have been informed of the possibility to proceed before a Magistrate Judge for all purposes. Plaintiff and Defendant do not consent.

**V.**  **Other**

  A. Plaintiff has nothing else to add at this time.

Respectfully Submitted,

| For Plaintiff Tammy MacDonald: | For Defendant Servis One, Inc. d.b.a. BSI Financial Services ("BSI"): |
|---|---|
| *s/ Stephanie R. Tatar* <br><br> Stephanie R. Tatar (Lead Trial Attorney) <br> Tatar Law Firm, APC <br> 3333 Warrenville Road, Suite 200 <br> Lisle, IL 60532 <br> p:312-423-4994 <br> stephanie@thetatarlawfirm.com | *s/ Ernest P. Wagner* <br> Hill Wallack LLP <br> 231 South LaSalle Street, Suite 2100 <br> Chicago, IL 60604 <br> P: 609-734-6344 <br> ewagner@hillwallack.com |