# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Tammy MacDonald, et al.
                          Plaintiff,

v.                                                 Case No.: 1:21−cv−06070
                                                          Honorable April M. Perry

Statebridge Company, LLC, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 1, 2025:

      MINUTE entry before the Honorable April M. Perry: Pre−trial conference held 12/1/2025. Plaintiff's unopposed motion to exclude reference to attorneys' fees [136] is granted. Plaintiff's unopposed motion to exclude reference to settlement offers [137] is also granted. The Court reserves ruling on Plaintiff's motion to exclude testimony of John Misiora, Jr. [138] as it is not yet clear whether Mr. Misiora will be the Centier witness called at trial or what the scope of his testimony will be. Plaintiff's request for judicial notice [144] is granted without objection. Both parties are asked to file their final exhibit lists (including any exhibit re−numbering) by 12/5/2025 at 12:00 p.m. The parties should make arrangements for an IT tutorial on exhibit−display software available in the courtroom. The parties are asked to meet and confer on outstanding jury instruction issues, and to submit revised proposed jury instructions by 12/5/2025 at 12:00 p.m. with all of the agreed instructions included, and also including parallel proposed versions for any instructions still in dispute. Any other legal briefing regarding disputed jury instruction issues is also to be submitted by 12/5/2025 at 12:00 p.m. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.